UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICHARD K. KLAMER,

        Plaintiff,

                                       Case No. 1:04-cv-748

v.

                                       Hon. Wendell A. Miles

COMMISSIONER OF
SOCIAL SECURITY,

        Defendant.
_____/

### JUDGMENT APPROVING
### MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On January 24, 2006, United States Magistrate Judge Hugh W. Brenneman, Jr., issued a Report and Recommendation ("R & R") recommending that the Commissioner's decision be affirmed in this matter. No objections were filed to the R & R.

The court, having reviewed the R & R filed by the United States Magistrate Judge in this action, and having reviewed the relevant portions of the file in this matter, determines that the Magistrate Judge has made a thorough and accurate review of all appealable issues and agrees with the reasoning and recommended disposition contained in the R & R. Therefore, the court hereby approves and adopts the R & R as the decision of the court.

The final decision of the Commissioner of Social Security is AFFIRMED. Plaintiff's claim for Disability Insurance Benefits and Supplemental Security Income is denied.

Dated: <u>February 28, 2006</u>                                  /s/ Wendell A. Miles
                                                                          Wendell A. Miles
                                                                          Senior U.S. District Judge